WILLIAM C. GREENUP, plaintiff in error, v. ROBERT M. PORTER, WILLIAM JEFFERS, and DAVID PORTER, defendants in error.

*Error to Coles.*

A writ of error will lie to the Circuit Court, sitting as a court of chancery.

O. B. FICKLEN and DAVID J. BAKER, for the defendants in error, moved the Court to quash the writ of error, and dismiss the cause, upon the ground that a writ of error would not lie to the Circuit Court, sitting as a court of chancery.

U. F. LINDER, for the plaintiff in error.

The Court overruled this motion, considering the question settled by the uniform practice of the Court, from its first organization to the present time.
The principles in relation to the chancery practice in England, have no application to cases of appeals here.
*Motion overruled.*